**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

CLOSED
CIVIL
CASE

Case No. 05-14230-CIV-MOORE

JUSTINE SIMONE,

    Plaintiff,

vs.

HOME DEPOT U.S.A., INC., a
Florida corporation,

    Defendant.
_____/

**ORDER**



THIS CAUSE came before the Court *sua sponte*. On August 9, 2005, this Court entered an order (DE #5) requiring the parties to file a joint scheduling report within ten (10) days of their joint scheduling conference, which was to be held no later than twenty (20) days of that date of that Order. **The order cautioned, "[f]ailure of counsel to file a joint scheduling report may result in remand or dismissal, default, and the imposition of other sanctions including attorney's fees and costs."**

A joint scheduling report should have been filed on or before September 12, 2005. To date, the parties have not filed a joint scheduling report. Accordingly, based on the foregoing, it is

ORDERED AND ADJUDGED that this action is DISMISSED without prejudice. This case is CLOSED. All pending motions not otherwise ruled upon are DENIED AS MOOT. It is further

ORDERED AND ADJUDGED that pursuant to Southern District of Florida Local Rule 3.9, should the plaintiff re-file this action without a substantial change in issue or parties, the plaintiff shall notify the Clerk of Court of the existence of this action, and the newly filed action shall be assigned by the Clerk of Court to the undersigned.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of September, 2005.

                        K. MICHAEL MOORE
                        UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record